UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE R. GRIFFIN,

    Plaintiff,

v.

Case No.: 1:08-cv-534

HONORABLE PAUL L. MALONEY

GOSPEL MISSION et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that this action is dismissed without prejudice pursuant to 28 U.S.C. § 1406(a) for improper venue.

Dated: July 24, 2008

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge